UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LISA VERRILL ) | Docket No. 2:19-cr-00038-NT |

# ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR DISCLOSURE OF GRAND JURY MATERIALS

Before me is Defendant's unopposed motion for disclosure of certain grand jury materials pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(ii). (ECF No. 60). Specifically, the Defendant seeks

- Records of the grand jury's vote; and
- All transcripts of all proceedings related to both indictments filed in this matter, including witness testimony, the government's presentation on both days in which the indictments were signed and any further discussions between any or all of the grand jurors and the government which were recorded.

Def.'s Mot. for Disclosure ¶ 6. In support of this motion, the Defendant states that she has "learned of potential irregularities that occurred before the grand jury which would be directly relevant to her pending motion to dismiss." *Id.* ¶ 5. I am aware of the potential irregularities, which were discussed in prior filings by the parties and at conference of counsel on November 6, 2019. The Government has not opposed this motion.

As a general rule, grand jury proceedings are secret, and disclosure is limited. However, I may "authorize disclosure—at a time, in a manner, and subject to any

other conditions that [I] direct[ ]—of a grand-jury matter . . . preliminarily to or in connection with a judicial proceeding" or "at the request of a defendant who shows that a ground may exist to dismiss the indictment because of a matter that occurred before the grand jury." Fed. R. Crim. P. 6(e)(3)(E)(i)–(ii).

For good cause having been shown and with the consent of the Government, I FIND and ORDER:

1. This Order applies to a "grand-jury matter," as defined under Federal Rule of Criminal Procedure 6(e). Pursuant to my authority under that Rule, I authorize limited disclosure of certain grand jury materials as defined below.

2. In their handling of these materials, counsel shall maintain all materials in a secure place and prevent any further dissemination, except to persons deemed essential by counsel for preparation of this case. If counsel does disclose the materials to other persons, counsel shall inform the persons of their responsibilities under this Order. Any further disclosure will require permission from me. This Order does not preclude defense counsel from reviewing the materials with her client.

3. The Clerk shall docket under seal and provide counsel with a redacted paper version of the record of the grand jury concurring vote, displaying the number of counts and the number of grand jurors voting on each count. The number of grand jurors voting for each count shall be redacted.

4. Within seven (7) days of this Order, the Government shall provide the Defendant with the transcripts of all proceedings related to both indictments,

including witness testimony, the Government's presentation of evidence, and any further discussions between the Government and any or all of the grand jurors.

5. No transcripts or portions of transcripts shall be filed on the public docket. If it is necessary to quote, cite, disclose or describe the contents of the materials in a filing, counsel (1) shall file a redacted version of its filing, removing specific references to the documents' contents, (2) file an unredacted version of the filing under seal, and (3) provide opposing counsel with an unredacted version of the filing.

6. This Order shall remain in effect after the conclusion of the case and unless and until this Court orders otherwise.

## CONCLUSION

For the reasons and with the restrictions stated above, the Court **GRANTS** the Defendant's Unopposed Motion for Disclosure of Grand Jury Materials. If either party intends to supplement its briefing on the pending motion to dismiss the indictment, it must file a supplemental pleading within thirty (30) days of this Order. If necessary, the Court will then set a response deadline.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 14th day of November, 2019.